# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:
JMV Holdings LLC
1255 W. 15th Street, Suite 135
Plano, TX 75075
EIN: 32-0407598
Debtor

Case No. 18-42552 btr
Chapter: 7

## OBJECTION TO CLAIM HEARING

This Court has scheduled a hearing on **Tuesday, January 5, 2021 at 9:29 am on [62] Objection to Claim (With Objection Language) 6 of Jennifer C. Ruff in the amount of $ 743,811.82 Filed by Christopher Moser and [63] Objection to Claim (With Objection Language) 6 of Jennifer C. Ruff in the amount of $ 743,811.82 Filed by Suzann Ruff.**

In order to expeditiously handle the docket of this Court, it is hereby ORDERED:

1. The attorneys for each party and each unrepresented party shall confer prior to the date of the hearing on the objection in order to stipulate to matters not in dispute and to simplify the issues remaining to be heard. At the conference, the attorneys for each party and each unrepresented party shall also discuss the time they estimate will be required for the hearing.
2. The telephonic hearing scheduled for **Tuesday, January 5, 2021 at 9:29 am** shall be treated as a scheduling conference unless the objecting party and the creditor agree in writing, at least 3 days before the hearing, that the hearing on the objection will require less than 1 hour, in which event the Court will consider the claim objection at the hearing.
3. Any legal briefs to be considered by the Court at the hearing on the objection must be filed **at least** five (5) working days prior to the hearing.
4. Parties are instructed to dial 1-888-675-2535, use Access No. 4225607 and Security No. 2021, as well as directed to review the instructions contained in the following link for all telephonic hearings before Judge Rhoades: http://www.txeb.uscourts.gov/content/judgerhoades.  The information can be found by accessing the Court's webpage at www.txeb.uscourts.gov and choosing "Judge's Info", then choosing "Judge Rhoades", and then choosing "Telephonic Hearing" Tab.

Signed on 12/1/2020

*Brenda T. Rhoades* SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE